T 725 066

MARICOPA COUNTY SHERIFF'S OFFICE
INMATE LEGAL SERVICES
LOWER BUCKEYE JAIL
3250 WEST LOWER BUCKEYE ROAD
PHOENIX, AZ 85009

Am

U.S. District Court Clerk
U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 10
Phoenix, AZ 85003



FILED _____ LODGED _____
RECEIVED _____ COPY _____

OCT 05 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY